IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 113-186 |
| | ) | |
| JOSHUA ARTIS WILLIAMS | ) | |

**O R D E R**

Application for Leave of Absence has been requested in the above-captioned case by Michon Walker for the period of October 23, 2014, through and including October 24, 2014.

The Court **APPROVES** the above and foregoing request for Leave of Absence.

SO ORDERED this 3rd day of October, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA