IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 113-186 |
| | ) | |
| JOSHUA ARTIS WILLIAMS | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **FINDS** Defendant to be currently incompetent to stand trial, and **ORDERS** that Defendant be committed to the custody of the Attorney General via the Bureau of Prisons for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as necessary to determine if Defendant can attain the capacity to permit proceedings to go forward.

SO ORDERED this 17th day of November, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA