UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:13-186 |
| | ) | |
| JOSHUA ARTIS WILLIAMS | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Michon D. Walker,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Michon D. Walker** be granted leave of absence for the following period: **June 22, 2015 through June 26, 2015.**

This _18th_ day of May, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia